DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROSA RIVERA KIM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-806

[March 23, 2016]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Bernard I. Bober, Judge; L.T. Case No. 13-2343 CF10A.

Carey Haughwout, Public Defender, and Tatjana Ostapoff, Assistant Public Defender, West Palm Beach, for appellant.

No brief filed for appellee.

PER CURIAM.

Rosa Rivera Kim appeals her convictions and sentences following an open no contest plea. Her assistant public defender filed a motion to withdraw as appellate counsel and a supporting brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). We affirm Kim's convictions and sentences, but we remand the case to the trial court with directions to enter a corrected written probation order, reflecting that Kim entered a plea of nolo contendere, rather than reflecting that she was found guilty by jury verdict.

*Affirmed; Remanded with Instructions.*

STEVENSON, LEVINE and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***